# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES SLOMAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:06-cv-00377-JM |
| v. | **Motion of Plaintiff James Sloman for Appointment as Lead Plaintiff and for Approval of His Selection of Lead Counsel** |
| PRESSTEK, INC., EDWARD J. MARINO and MOOSA E. MOOSA, | |
| Defendants. | |

Plaintiff James Sloman (the "Movant"), through his undersigned counsel, hereby moves this Court for an order appointing the Movant as Lead Plaintiff on behalf of purchasers of Presstek, Inc. ("Presstek") common stock, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and approving the Movant's selection of Shapiro Haber & Urmy LLP as Lead Counsel and Mallory & Friedman, PLLC as liaison counsel.

The facts and law supporting the Motion are fully set forth in the accompanying Memorandum of Law in Support of the Motion of Plaintiff James Sloman for Appointment as Lead Plaintiff and for Approval of His Selection of Lead Counsel, and the Declaration of Theodore M. Hess-Mahan, submitted herewith.

Plaintiffs' counsel sought the assent of defense counsel to the relief sought in this motion and was advised that defendants "take no position" in regard thereto.

Dated: December 18, 2006                    Respectfully submitted,

                                            By: **/S/ Mark L. Mallory, Bar No. 1599**
                                            MALLORY & FRIEDMAN, PLLC
                                            8 Green Street
                                            Concord, NH 03301
                                            (603) 228-2277

                                            Thomas G. Shapiro, *Pro hac vice*
                                            Theodore M. Hess-Mahan, *Pro hac vice*
                                            SHAPIRO HABER & URMY LLP
                                            53 State Street
                                            Boston, MA 02109
                                            (617) 439-3939

                                            Attorneys for Plaintiff James Sloman

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion of Plaintiff James Sloman for Appointment as Lead Plaintiff and for Approval of His Selection of Lead Counsel was served on the following persons on this date and in the manner specified herein:

Electronically Served through ECF:

**Robert E. McDaniel**
McDaniel Law Offices
755 North Main St
Laconia, NH 03246
603 527-0520
603 279-0540 (fax)
remcdanielesq@aol.com

By direct electronic mail:

David Quinn Gacioch, Esq.
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109

dgacioch@mwe.com