UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

James Sloman,

        v.                                    Civil No. 06-377-JL

Presstek, Inc. et al,


### O R D E R


     The Preliminary Pretrial Conference currently scheduled for
**February 21, 2008 at 11:00 a.m.** will include a substantive,
meaningful discussion of the parties' claims and defenses.
Counsel are expected to be prepared to engage in an open,
cooperative discussion in good faith.  Counsel are reminded of
the obligations imposed by Fed.R.Civ.P. 11(b)(3) and (4), and
should be prepared to explain the factual basis underlying any
claims or defenses they have pleaded.

     Each party shall be represented at the Preliminary Pretrial
Conference by counsel authorized to bind the party on all
matters.

     To the extent that the substance of this order constitutes a
departure from the customary Preliminary Pretrial practice to
which counsel are accustomed, the court apologizes for the short
notice, and will bear this in mind at the conference.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

February 15, 2008

cc:  Mark L. Mallory, Esq.
     Matthew L. Tuccillo, Esq.
     Theodore M. Hess-Mahan, Esq.
     Thomas G. Shapiro, Esq.
     Douglas P. Baumstein, Esq.
     Glenn M. Kurtz, Esq.
     Gregory M. Starner, Esq.
     Peter C. Callaghan, Esq.
     Peter D. Anderson, Esq.