UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James Sloman</u>

      v.      Civil No. 06-cv-377-JL

<u>Presstek, Inc., et al.</u>

O R D E R

On February 25, 2008, Magistrate Judge James R. Muirhead granted an Assented to Motion for Jason Frank to Appear Pro Hac Vice, Document #53.  In that Magistrate Judge Muirhead is recused from this case, I herewith vacate his order and enter my own order granting the Motion for Jason Frank to Appear Pro Hac Vice on the condition that Attorney Frank submits an ECF registration form within 10 days.

  SO ORDERED.


March 3, 2008          /s/ Joseph N. Laplante
               Joseph N. Laplante
               United States District Judge


cc: Mark Mallory, Esq.
   Matthew Tuccillo, Esq.
   Theodore Hess-Mahan, Esq.
   Thomas Shapiro, Esq.
   Douglas P. Baumstein, Esq.
   Glenn Kurtz, Esq.
   Gregory Starner, Esq.
   Peter Callaghan, Esq.
   Jason Frank, Esq.
   Jordan Hershman, Esq.
   Nikki Fisher, Esq.
   Darrell Chichester, Jr., Esq.
   Peter Anderson, Esq.