## PLAINTIFF'S AMENDED CERTIFICATION OF
## SECURITIES FRAUD CLASS ACTION COMPLAINT

I, James Sloman, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in the action entitled Sloman v. Presstek, Inc. et al, to be filed in the United States District Court for New Hampshire.

2. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

3. My transactions in Presstek, Inc. securities during the Class Period were as follows:

| Open Date | Close Date | Trans Type | Quantity | Total Cost (Base) | Total Proceeds (Base) |
|---|---|---|---|---|---|
| 06/06/2006 | 08/03/2006 | Long | 1,000.00 | 9,690.01 | 7,665.76 |
| 06/07/2006 | 08/23/2006 | Long | 1,000.00 | 9,610.00 | 7,713.42 |
| 06/06/2006 | 08/23/2006 | Long | 2,000.00 | 19,380.02 | 15,426.85 |
| 06/15/2006 | 08/23/2006 | Long | 1,000.00 | 10,005.12 | 7,713.42 |
| 06/16/2006 | 09/06/2006 | Long | 1,000.00 | 10,010.00 | 8,240.41 |
| 06/22/2006 | 09/06/2006 | Long | 1,000.00 | 9,479.50 | 8,240.41 |
| 06/27/2006 | 09/06/2006 | Long | 1,000.00 | 9,190.00 | 8,240.42 |
| 07/06/2006 | 09/08/2006 | Long | 2,000.00 | 19,140.00 | 16,269.49 |
| 07/27/2006 | 09/11/2006 | Long | 1,000.00 | 8,184.20 | 7,899.75 |
| 07/31/2006 | 09/20/2006 | Long | 1,000.00 | 7,893.33 | 7,987.35 |
| 07/27/2006 | 09/20/2006 | Long | 4,000.00 | 32,736.80 | 31,949.42 |
| 09/12/2006 | 09/22/2006 | Long | 1,000.00 | 8,050.00 | 7,781.76 |
| 09/15/2006 | 09/22/2006 | Long | 2,000.00 | 16,630.00 | 15,563.52 |
| 07/31/2006 | 09/22/2006 | Long | 2,000.00 | 15,786.66 | 15,563.52 |
| 09/28/2006 | 09/29/2006 | Long | 11,000.00 | 71,944.40 | 58,443.40 |

4. I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the Securities Act of 1933 or the Securities Exchange Act of 1934.

5. I have neither served, nor sought to serve, as a representative party on behalf of a class in a securities fraud lawsuit during the three-year period preceding the date of signing this certification, except as listed below:

NONE

6. I will not accept any payment for serving as a representative on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to the representation of the Class.

Signed under the penalties of perjury this __9__ day of April, 2008.

_____
James Sloman