UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>James Sloman</u>,

    v.                        Civil No. 06-cv-00377-JL

<u>Presstek, Inc., et al.</u>

## O R D E R

The joint motion to continue the class certification hearing (document no. 82) is GRANTED.

Due to administrative anomalies caused by the parties' requests to stay the proceeding and for this continuance, the motion for class certification (document no. 49) is DENIED WITHOUT PREJUDICE to being reinstated upon the plaintiff's request.

If the September 24, 2008 mediation does not result in a resolution of this case, and the plaintiff wishes to reinstate the motion for class certification, the plaintiff need only file a Notice of Reinstatement.  At that time, a hearing on the reinstated motion to certify will be scheduled.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    September 18, 2008

```
cc:   Theodore M. Hess-Mahan, Esq.
      Mark L. Mallory, Esq.
      Thomas G. Shapiro, Esq.
      Matthew L. Tuccillo, Esq.
      Christine Friedman, Esq.
      Douglas P. Baumstein, Esq.
      Peter G. Callaghan, Esq.
      Glenn M. Kurtz, Esq.
      Gregory M. Starner, Esq.
      John Richard Baraniak, Esq.
      R. J. Cinquegrana, Esq.
      Alessandro Martuscelli, Esq.
      Nikki J. Fisher, Esq.
      Jason D. Frank, Esq.
      Jordan D. Hershman, Esq.
      Darrell John Chichester, Jr., Esq.
```