## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES SLOMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRESSTEK, INC., EDWARD J. MARINO and MOOSA E. MOOSA,<br><br>    Defendants. | Civil Action No. 1:06-cv-377-JL |

### PLAINTIFF'S CONSENTED TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND OF PRELIMINARY APPROVAL ORDER

  Plaintiff, with the consent of Defendants, moves that the Court grant preliminary approval to the settlement agreed to by the parties and enter the proposed Order of Preliminary Approval (hereafter "Proposed Order"), submitted as Exhibit A to the Stipulation of Settlement.

  Plaintiff further moves that a hearing on final approval of the settlement pursuant to Rule 23 be scheduled on a date convenient to the court during the week of July 20, 2009, or such other date near thereto as is convenient to the Court. See ¶ 8 of the Proposed Order.

  Plaintiff further moves that the deadline for class members to request exclusion, as provided in ¶ 6 of the Proposed Order, be no later than 14 days prior to the date for the final approval hearing.

  Finally, Plaintiff moves that the deadline for Class Members to submit Proof of Claim forms, as provided in paragraph 11 of the Proposed Order be 150 days from the date of the Proposed Order.

Dated: March 10, 2009                    Respectfully submitted,

                                        **/s/ Mark L. Mallory              .**
                                        Mark L. Mallory (Bar No. 1599)
                                        mark@malloryandfriedman.com
                                        MALLORY & FRIEDMAN, PLLC
                                        8 Green Street
                                        Concord, NH 03301
                                        (603) 228-2277

                                        Thomas G. Shapiro, *Pro hac vice*
                                        tshapiro@shulaw.com
                                        SHAPIRO HABER & URMY LLP
                                        53 State Street
                                        Boston, MA 02109
                                        (617) 439-3939

                                        *Attorneys for Lead Plaintiff*

### Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 11, 2009.

                                        **/s/ Mark L. Mallory**
                                        **Mark L. Mallory**