UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>James Sloman</u>

      v.                                                    Civil No. 06-cv-377-JL

<u>Presstek, Inc. Et al</u>

## **J U D G M E N T**

In accordance with the Order on Preliminary Approval of Settlement dated May 1, 2009 and the Stipulated Final Judgment approved by District Judge Joseph N. Laplante on July 20, 2009, judgment is hereby entered.

                                                By the Court,

                                               ***<u>James R. Starr</u>***
                                               James R. Starr, Clerk

July 21, 2009

cc:    All Counsel